IN THE UNITED STATES DISTRICT COURT
COLUMBUS DIVISION

| | |
|---|---|
| TIMOTHY DESHAWN JONES | * |
|     Petitioner | * |
| vs. | * |
| CALVIN MORTON, Warden, | *   CASE NO. 4:07-CV-18(CDL) |
|     Respondent | * |
| | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 10, 2007, is hereby approved, adopted, and made the Order of the Court. Respondent's Motion to Dismiss is therefore granted and this action is hereby dismissed with prejudice.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 25th day of September, 2007.

                                        S/Clay D. Land
                                          CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE